Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VIII

| | | |
|---|---|---|
| FREDDIE ARIEL RAMOS ALVELO, SU ESPOSA, ROSALYN VEGLIO MELÉNDEZ<br><br>*Apelantes*<br><br>v.<br><br>NELISA D. PERALTA, SU ESPOSO, MENGANO MAS CUAL, JONATHANN RALF ROSARIO ORTIZ T/C/C JONATHANN RALF ROSARIO-BURGOS M/C/C "GALLO THE PRODUCER", SU ESPOSA, FULANA DE TAL; LIBERMAN MEDIA GROUP, LLC; ASEGURADORA ABC; COMPAÑÍA XYZ<br><br>*Apelados* | TA2025AP00083<br><br>consolidado con | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2024CV06066 (401)<br><br>Sobre: Libelo, Calumnia o Difamación |
| FREDDIE ARIEL RAMOS ALVELO, SU ESPOSA, ROSALYN VEGLIO MELÉNDEZ<br><br>*Peticionarios*<br><br>v.<br><br>NELISA D. PERALTA, SU ESPOSO, MENGANO MAS CUAL, JONATHANN RALF ROSARIO ORTIZ T/C/C JONATHANN RALF ROSARIO-BURGOS M/C/C "GALLO THE PRODUCER", SU ESPOSA, FULANA DE TAL; LIBERMAN MEDIA GROUP, LLC; ASEGURADORA ABC; COMPAÑÍA XYZ<br><br>*Recurridos* | TA2025CE00084 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2024CV06066 (401)<br><br>Sobre: Libelo, Calumnia o Difamación |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Adames Soto y la Jueza Santiago Calderón

Santiago Calderón, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 7 de agosto de 2025.

Examinada la *Moción de Desistimiento y Solicitud de Orden* presentada por el señor Freddie Ariel Ramos Alvelo y Rosalyn Veglio Meléndez, el 25 de julio de 2025, se dispone lo siguiente:

Este Tribunal acoge la solicitud de desistimiento voluntario, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. __, 215 DPR __ (2025). En consecuencia, se ordena el cierre y archivo definitivo de los recursos de epígrafe[1].

Notifíquese.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Este tribunal carece de la competencia legal para pronunciarse sobre otros planteamientos que la parte haya expresado.